IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STACI NICOLE CLAUNCH                                                                                    PLAINTIFF

vs.                                              Civil No. 6:24-cv-06054

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION                                                                                          DEFENDANT

## MEMORANDUM OPINION

Before the Court is Plaintiff's Complaint. ECF No. 1. The Parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 6. Pursuant to this authority, the Court issues this memorandum opinion and orders the entry of a final judgment in this matter.

**1. Background:**

On April 15, 2024, Plaintiff filed a Complaint appealing the Commissioner's final administrative decision denying her claim for a period of disability and DIB under Title II of the Act. ECF No. 1. On August 9, 2024, Defendant filed the Social Security Transcript of the administrative proceedings and answered Plaintiff Complaint. ECF No. 9.

On August 9, 2024, this Court entered a Text Only Social Security Scheduling Order directing Plaintiff to file a brief within 30 days of the date of the filing of the transcript. ECF No. 10. The Order specifically stated Plaintiff's brief was due by September 9, 2024. The Order placed Plaintiff on notice that "Plaintiff's failure to file a timely brief may result in dismissal for failure to prosecute." *Id.*

On September 10, 2024, this Court granted in part Plaintiff's Motion for Stay or in the alternative Motion for Extension (ECF No. 11).[1] to file an appeal brief and gave Plaintiff an extension of time to file her brief until October 31, 2024.  ECF No. 12.  Plaintiff failed to file her brief by this deadline.

On November 7, 2024, this Court ordered Plaintiff to show cause why the Court should not recommend the dismissal of this case due to Plaintiff's failure to prosecute this action, comply with an order of the Court, and file an appeal brief.  ECF No. 13.  Plaintiff was to respond no later than November 21, 2024.  *Id.*  Plaintiff has failed to respond to this Court Order and has not filed her appeal brief, nor has she provided any additional information to the Court regarding the putative criminal investigation raised in her Motion to Stay.

**2. Conclusion:**

Based on the foregoing, the undersigned finds the Plaintiff has failed to show cause why the action against Defendant Social Security Administration should not be dismissed without prejudice for failure to prosecute.  Accordingly, the Court **DISMISSES** Plaintiff's Complaint without prejudice for failure to comply with an order of the Court and failure to prosecute this action.

A judgment incorporating these findings will be entered pursuant to Federal Rules of Civil Procedure 52 and 58.

**ENTERED this 6th day of December 2024.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

---

[1] The Motion to Stay or in the Alternative for Extension of Time was based on Plaintiff's assertion there was an ongoing criminal investigation into "this exact matter."