IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

STACI NICOLE CLAUNCH                                              PLAINTIFF

vs.                                    Civil No. 6:24-cv-6054

COMMISSIONER, SOCIAL                                              DEFENDANT
SECURITY ADMINISTRATION

## JUDGMENT

Comes now the Court on this the 6th day of December 2024, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that Plaintiff's Complaint be **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE